# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| Deborah E. Knoblauch, | CASE NO. 3:13-cv-02598-GBC |
|---|---|
| Plaintiff, | (MAGISTRATE JUDGE COHN) |
| v. | ORDER DENYING PLAINTIFF'S APPEAL, AFFIRMING THE DECISION OF THE COMMISSIONER, AND CLOSING THE CASE |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | Docs. 1, 8, 9, 10, 11, 13, 14, 15 |

In accordance with the accompanying memorandum, **IT IS HEREBY**

**ORDERED THAT:**

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3. The decision of the Commissioner of Social Security denying Deborah E. Knoblauch disability insurance benefits is affirmed; and

4. The Clerk of Court shall close this case.

Dated: March 31, 2015

                                       s/Gerald B. Cohn
                                       GERALD B. COHN
                         UNITED STATES MAGISTRATE JUDGE